# EXHIBIT A

JEFF FINE
Clerk of the Superior Court
By Jessica Folts, Deputy
Date 06/10/2019 Time 16:32:41
Description                    Amount
------- CASE# CV2019-004510 -------
CIVIL NEW COMPLAINT            333.00

TOTAL AMOUNT                   333.00
        Receipt# 27260680

1 | DOUGLAS F. BEHM - 014727
    14362 N Frank Lloyd Wright Blvd, #1000
2 | Scottsdale, AZ 85260
    Telephone: (480) 477-6700
3 | dbehm@behmlaw.com

4 | PAT LUNDVALL (NSBN 3761)
    KRISTEN T. GALLAGHER (NSBN 9561)
5 | AMANDA M. PERACH (NSBN 12399)
    McDONALD CARANO LLP
6 | 2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
7 | Telephone: (702) 873-4100
    plundvall@mcdonaldcarano.com
8 | kgallagher@mcdonaldcarano.com
    apcrach@mcdonaldcarano.com
9 | (*pro hac vice* to be submitted)
    *Attorneys for Plaintiffs*

10 |

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| EMERGENCY GROUP OF ARIZONA PROFESSIONAL CORP, an Arizona professional corporation; EMERGENCY PHYSICIANS SOUTHWEST, P.C., an Arizona professional corporation; QUANTUM HEALTHCARE MEDICAL ASSOCIATES OF ARIZONA, P.C., an Arizona professional corporation; CHASE DENNIS EMERGENCY MEDICAL GROUP, INC., a California corporation, | No. |
| | CV2019-004510 |
| Plaintiffs, | **COMPLAINT** |
| vs. | **Commercial Court** Requested |
| UNITED HEALTHCARE, INC., a Delaware corporation; UNITEDHEALTHCARE OF ARIZONA, INC., an Arizona corporation; UNITED HEALTH CARE SERVICES INC., a Minnesota corporation; UMR, INC., a Delaware corporation; UNITED HEALTHCARE SOLUTIONS, LLC, an Arizona limited liability company; UNITEDHEALTHCARE INTEGRATED SERVICES, INC., an Arizona corporation; UNITEDHEALTHCARE SPECIALTY BENEFITS, LLC, a Maine limited liability company; JOHN DOES 1-10; ROE ENTITIES 11-20, | **Jury Trial Demanded** |
| Defendants. | |

1    Plaintiffs Emergency Group of Arizona Professional Corp; Emergency Physicians

2  Southwest, P.C.; Quantum Healthcare Medical Associates of Arizona, P.C.; and Chase

3  Dennis Emergency Medical Group, Inc. (collectively, the "Providers"), as and for their

4  Complaint against defendants United Healthcare, Inc. ("UHC"); UnitedHealthcare of

5  Arizona, Inc. ("UHC Arizona"); United Health Care Services Inc. ("UHC Services");

6  UMR, Inc. ("UMR"); United Healthcare Solutions, LLC ("UHC Solutions");

7  UnitedHealthcare Integrated Services, Inc. ("UHC Integrated Services");

8  UnitedHealthcare Specialty Benefits, LLC ("UHC Specialty Benefits") (collectively

9  "United HealthCare") hereby complains and alleges as follows:

10    **NATURE OF THIS ACTION**

11    1.    This action arises out of a dispute concerning the rate at which United

12  HealthCare reimburses Providers for the emergency medicine services they have already

13  provided, and continue to provide, to patients covered under the health plans underwritten,

14  operated, and/or administered by United HealthCare (the "Health Plans") (Health Plan

15  beneficiaries for whom Providers performed covered services that were not reimbursed

16  correctly shall be referred to as "Patients").[1]

17    **PARTIES**

18    2.    Plaintiff Emergency Group of Arizona Professional Corp ("Emergency

19  Group AZ") is a professional emergency medicine services group practice that staffs the

20  emergency departments at Abrazo Arizona Heart Hospital, Abrazo Arrowhead Campus,

21  Abrazo Buckeye Emergency Center, Abrazo Peoria Emergency Center, Abrazo Scottsdale

22  Campus, Abrazo West Campus, and Arizona Central Campus throughout Maricopa

23  County, Arizona.

24

25

26  [1] Providers do not assert any causes of action with respect to any Patient whose health insurance was issued under Medicare Part C (Medicare Advantage) or is provided under
27  the Federal Employee Health Benefits Act (FEHBA). Thus, there is no basis to remove this lawsuit to federal court under federal question jurisdiction. Providers also do not assert
28  any claims relating to United HealthCare's managed Medicaid business or with respect to the right to payment under any ERISA plan.

3.     Plaintiff Emergency Physicians Southwest, P.C. ("Emergency Physicians SW") is a professional emergency medicine services group practice that staffs the emergency departments at Banner Baywood Medical Center, Banner Mesa Medical Center, Banner Casa Grande Medical Center, Banner Page Medical Center, Banner Payson Regional Medical Center, and Banner Page Medical Center throughout Maricopa, Pinal, Coconino and Gila Counties, Arizona.

4.     Plaintiff Quantum Healthcare Medical Associates of Arizona, P.C. ("Quantum") is a professional emergency medicine services group practice that staffs the emergency department at Banner Baywood Medical Center in Maricopa County, Arizona.

5.     Plaintiff Chase Dennis Emergency Medical Group, Inc. ("Chase Dennis") is a professional emergency medicine services group practice that staffs the emergency departments at Carondelet Holy Cross Hospital and Abrazo Maryvale Campus in Maricopa and Santa Cruz Counties, Arizona.

6.     Defendant United HealthCare, Inc. ("UHC") is a Delaware corporation with its principal place of business in Minnesota.  UHC is responsible for administering and/or paying for certain emergency medical services at issue in the litigation. United HealthCare Insurance Company is a licensed Arizona health insurance company.

7.     Defendant UnitedHealthcare of Arizona, Inc. ("UHC Arizona") is an Arizona corporation and affiliate of UHC.  UHC Arizona is responsible for administering and/or paying for certain emergency medical services at issue in the litigation.  United HealthCare Insurance Company is a licensed Arizona health care services organization.

8.     Defendant United HealthCare Services, Inc. ("UHC Services") is a Minnesota corporation with its principal place of business in Minnesota and affiliate of UHC.  UHC Services is responsible for administering and/or paying for certain emergency medical services at issue in the litigation.  United HealthCare Services, Inc. is a licensed Arizona life and health insurance company.

9.     Defendant UMR, Inc. ("UMR") is a Delaware corporation with its principal place of business in Minnesota and affiliate of UHC.   UMR is responsible for

1  administering and/or paying for certain emergency medical services at issue in the
2  litigation. UMR is a licensed Arizona life and health administrator.

3      10.   Defendant United Healthcare Solutions, LLC ("UHC Solutions") is an
4  Arizona limited liability company and affiliate of UHC. UHC Solutions is responsible for
5  administering and/or paying for certain emergency medical services at issue in the
6  litigation. UHC Specialty Benefits is a licensed Arizona health care services organization.

7      11.   Defendant UnitedHealthcare Integrated Services, Inc. ("UHC Integrated
8  Services") is an Arizona corporation and affiliate of UHC. UHC Integrated Services is
9  responsible for administering and/or paying for certain emergency medical services at
10 issue in the litigation. UHC Integrated Services is a licensed Arizona health insurance
11 company.

12     12.   Defendant UnitedHealthcare Specialty Benefits, LLC ("UHC Specialty
13 Benefits") is a Maine limited liability company and affiliate of UHC. UHC Specialty
14 Benefits is responsible for administering and/or paying for certain emergency medical
15 services at issue in the litigation. UHC Specialty Benefits is a licensed Arizona life and
16 health administrator.

17     13.   There may be other persons or entities, whether individuals, corporations,
18 associations, or otherwise, who are or may be legally responsible for the acts, omissions,
19 circumstances, happenings, and/or the damages or other relief requested by this Complaint.
20 The true names and capacities of John Does 1-10 and Roe Entities 11-20 are unknown to
21 Providers, who sues those defendants by such fictitious names. Providers will seek leave
22 of this Court to amend this Complaint to insert the proper names of the defendant Does
23 and Roe Entities when such names and capacities become known to them.

24                        **JURISDICTION AND VENUE**

25     14.   The amount in controversy exceeds the sum of $300,000, exclusive of
26 interest, attorneys' fees and costs, and the action will have voluminous documentary
27 evidence and a large number of fact witnesses.

28     15.   This court has subject matter jurisdiction over the matters alleged herein.

16.    This court has personal jurisdiction over the defendants, a majority of the transactions upon which the action is based occurred in Maricopa County, and venue is proper in Maricopa County, Arizona.

### FACTS COMMON TO ALL CAUSES OF ACTION

#### *The Providers Deliver Necessary Emergency Care*

17.    This is an action for damages stemming from United HealthCare's failure to properly reimburse Providers for emergency services provided to members of the Health Plans.

18.    Providers are professional practice groups of emergency medicine physicians and healthcare providers that provides emergency medicine services 24 hours per day, 7 days per week to patients presenting to the emergency departments at hospitals and other facilities in Arizona staffed by the Providers. Providers provides emergency department services at 16 hospitals located in Maricopa, Pinal, Coconino, Gila, and Santa Cruz Counties, Arizona.

19.    Providers and the hospitals whose emergency departments they staffs are obligated by both federal and Arizona law to examine any individual visiting the emergency department and to provide stabilizing treatment to any such individual with an emergency medical condition, regardless of the individual's insurance coverage or ability to pay. *See* Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. § 1395dd; A.R.S. § 20-2803. Providers fulfill this obligation for the hospitals which they staff. In this role, Providers' physicians provide emergency medicine services to all patients, regardless of insurance coverage or ability to pay, including to patients with insurance coverage issued, administered and/or underwritten by United HealthCare.

20.    Upon information and belief, United HealthCare operates as health care services organizations under A.R.S. § 20-1051 *et seq.* and administrators under A.R.S. § 20-485 *et seq.* United HealthCare provides, either directly or through arrangements with providers such as hospitals and Providers, healthcare benefits to its members.

1    21.    There is no written agreement between United HealthCare and Providers for
2  the healthcare claims at issue in this litigation; Providers are therefore designated as "non-
3  participating" or "out-of-network" for all of the claims at issue in this litigation.
4  Notwithstanding the lack of a written agreement, an implied-in-fact agreement exists
5  between the parties.

6    22.    Providers regularly provide emergency services to United HealthCare's
7  health plan members.

8    23.    Relevant to this action, Providers have provided emergency medicine
9  services to United HealthCare's members on an out-of-network basis as follows:

10         a.    Emergency Group AZ: Since February 1, 2013 at the emergency
11  departments at Abrazo Arizona Heart Hospital, Abrazo Arrowhead Campus, Abrazo
12  Buckeye Emergency Center, Abrazo Peoria Emergency Center, Abrazo Scottsdale
13  Campus, Abrazo West Campus, and Arizona Central Campus;

14         b.    Emergency Physicians SW: from April 1, 2019 through the present
15  and ongoing at the emergency departments at Banner Baywood Medical Center, Banner
16  Mesa Medical Center, Banner Casa Grande Medical Center, Banner Page Medical Center,
17  Banner Payson Regional Medical Center, and Banner Page Medical Center throughout
18  Maricopa, Pinal, Coconino and Gila Counties, Arizona;

19         c.    Quantum: Since January 17, 2011 at the emergency department at
20  Banner Baywood Medical Center; and

21         d.    Chase Dennis: Between February 1, 1997 and December 31, 2016, at
22  the emergency department at Carondelet Holy Cross Hospital; and between August 1, 2006
23  and December 17. 2017 through the present and ongoing at the emergency department at
24  Abrazo Maryvale Campus.

25    24.    Relevant to this action, United HealthCare arbitrarily began drastically
26  reducing the rates at which they paid Providers for emergency services for some claims,
27  but not others.   United HealthCare paid some of the claims for emergency services

28

1  rendered by Providers at far below the usual and customary rates. yet paid other
2  substantially identical claims submitted by Providers at higher rates.

3      25.   Upon information and belief, among other things, United HealthCare
4  generally pays lower reimbursement rates for services provided to members of their fully
5  insured plans and authorize payment at higher reimbursement rates for services provided
6  to members of self-insured plans or those plans under which they provide administrator
7  services only.

8      ***United HealthCare Has Underpaid the Providers for Emergency Services***

9      26.   Despite not participating in United HealthCare's "provider network" for the
10 times identified herein, Providers have continued to provide emergency medicine
11 treatment, as required by law, to patients covered by United HealthCare's plans who seek
12 care at the emergency departments where they provide coverage.

13     27.   In emergency situations, patients are likely to go to the nearest hospital for
14 care, particularly if they are transported by ambulance.  Patients facing an emergency
15 situation are unlikely to have the opportunity to determine which hospitals and physicians
16 are in-network under their health plan.  United HealthCare is obligated to reimburse
17 Providers at the usual and customary rate for emergency services Providers provided to its
18 Patients, or alternatively for the reasonable value of the services provided.

19     28.   United HealthCare's members have received a wide variety of emergency
20 services (in some instances, life-saving services) from Providers' physicians: treatment of
21 conditions ranging from cardiac arrest, to broken limbs, to burns, to diabetic ketoacidosis
22 and shock, to gastric and/or obstetrical distress.

23     29.   From July 2017 to the present, Providers provided treatment for emergency
24 services to thousands of Patients who were members in United HealthCare's Health Plans.
25 The total underpayment amount for these related claims is in excess of $300.000.00 and
26 continues to grow.  United HealthCare has likewise failed to attempt in good faith to
27 effectuate a prompt, fair, and equitable settlement of these claims.

28

30. While the Providers were out-of-network, United HealthCare paid some claims at an appropriate rate and others at a significantly reduced rate which is demonstrative of an arbitrary and selective program and motive or intent to unjustifiably reduce the overall amount United Healthcare pays to Providers. Upon information and belief, United Healthcare has implemented this program to coerce, influence and leverage business discussions regarding the potential for Providers to become participating providers.

31. For each of the healthcare claims at issue in this litigation, United HealthCare determined the claim was payable; however, it paid the claim at an artificially reduced rate. Thus, the claims at issue involve no questions of whether the claim is payable; rather, they involve only a determination of whether United HealthCare paid the claim at the required usual and customary rate, which it did not. Thus, there is no basis to remove this action to federal court on the basis of complete preemption under ERISA.

32. United HealthCare has failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the subject claims.

33. Providers bring this action to compel United HealthCare to pay it the usual and customary rate or alternatively for the reasonable value of the professional emergency medical services for the for the emergency services that it provided and will continue to provide Members.

34. Providers have adequately contested the unsatisfactory rate of payment received from United HealthCare in connection with the claims that are the subject of this action.

35. All conditions precedent to the institution and maintenance of this action have been performed, waived, or otherwise satisfied.

### FIRST CLAIM FOR RELIEF

### (Breach of Implied-in-Fact Contract)

36. Providers incorporate herein by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

37.     At all material times, Providers were obligated under federal and Arizona law to provide emergency medicine services to all patients presenting at the emergency departments they staff, including United HealthCare Patients.

38.     At all material times, United HealthCare knew that Providers were non-participating emergency medicine groups that provided emergency medicine services to Patients.

39.     Providers have undertaken to provide emergency medicine services to United HealthCare's Patients, and United HealthCare has undertaken to pay for such services provided to United HealthCare's Patients.

40.     At all material times, United HealthCare was aware that Providers were entitled to and expected to be paid at rates in accordance with the standards established under Arizona law.

41.     At all material times, United HealthCare has received Providers' bills for the emergency medicine services Providers provided and continue to provide to United HealthCare's Patients, and United HealthCare has consistently adjudicated and paid, and continues to adjudicate and pay, Providers directly for the non-participating claims, albeit at amounts less than usual and customary.

42.     Through the parties' conduct and respective undertaking of obligations concerning emergency medicine services provided by Providers to United HealthCare's Patients, the parties implicitly agreed, and Providers had a reasonable expectation and understanding, that United HealthCare would reimburse Providers for non-participating claims at rates in accordance with the standards acceptable under Arizona law and in accordance with rates United HealthCare pays for other substantially identical claims also submitted by Providers.

43.     Under Arizona common law, including the doctrine of quantum meruit, United HealthCare, by undertaking responsibility for payment to Providers for the services rendered to United HealthCare Patients, impliedly agreed to reimburse Providers at rates,

1  at a minimum, equivalent to the reasonable value of the professional emergency medical
2  services provided by Providers.

3    44.    United HealthCare, by undertaking responsibility for payment to Providers
4  for the services rendered to United HealthCare's Patients, impliedly agreed to reimburse
5  Providers at rates, at a minimum, equivalent to the usual and customary rate or
6  alternatively for the reasonable value of the professional emergency medical services
7  provided by Providers.

8    45.    In breach of its implied contract with Providers, United HealthCare has and
9  continue to systemically adjudicate the non-participating claims at rates substantially
10 below both the usual and customary fees in the geographic area and the reasonable value
11 of the professional emergency medical services provided by Providers to the United
12 HealthCare's Patients.

13   46.    Providers have performed all obligations under its implied contract with
14 United HealthCare concerning emergency medical services to be performed for Patients.

15   47.    At all material times, all conditions precedent have occurred that were
16 necessary for United HealthCare to perform its obligations under their implied contract to
17 pay Providers for the non-participating claims, at a minimum, based upon the "usual and
18 customary fees in that locality" or the reasonable value of Providers' professional
19 emergency medicine services.

20   48.    Providers did not agree that the lower reimbursement rates paid by United
21 HealthCare were reasonable or sufficient to compensate Providers for the emergency
22 medical services provided to Patients.

23   49.    Providers have suffered damages in an amount equal to the difference
24 between the amounts paid by United HealthCare and the usual and customary fees
25 professional emergency medicine services in the same locality, that remain unpaid by
26 United HealthCare through the date of trial, plus Providers' loss of use of that money; or
27 in an amount equal to the difference between the amounts paid by United HealthCare and

28

1  the reasonable value of its professional emergency medicine services, that remain unpaid
2  by United HealthCare through the date of trial, plus Providers' loss of use of that money.

3      50.    As a result of United HealthCare's breach of the implied contract to pay
4  Providers for the non-participating claims at the rates required by Arizona law, Providers
5  have suffered injury and is entitled to monetary damages from United HealthCare to
6  compensate it for that injury in an amount in excess of $300,000.00 , exclusive of interest,
7  costs and attorneys' fees, the exact amount of which will be proven at the time of trial.

8                          **SECOND CLAIM FOR RELIEF**

9          **(Breach of the Implied Covenant of Good Faith and Fair Dealing)**

10     51.    Providers incorporate herein by reference the allegations set forth in the
11  preceding paragraphs as if fully set forth herein.

12     52.    Providers and United HealthCare had a valid implied-in-fact contract as
13  alleged herein.

14     53.    A special element of reliance or trust between Providers and United
15  HealthCare, such that, United HealthCare was in a superior or entrusted position of
16  knowledge.

17     54.    That Providers did all or substantially all of their obligations pursuant to the
18  implied-in-fact contract.

19     55.    By paying substantially low rates that did not reasonably compensate
20  Providers the usual and customary rate or alternatively for the reasonable value of the
21  services provide, United HealthCare performed in a manner that was unfaithful to the
22  purpose of the implied-in-fact contract, or deliberately contravened the intention and sprit
23  of the contract.

24     56.    That United HealthCare's conduct was a substantial factor in causing
25  damage to Providers.

26     57.    As a result of United HealthCare's breach of the implied covenant of good
27  faith and fair dealing, Providers have suffered injury and are entitled to monetary damages
28  from United HealthCare to compensate them for that injury in an amount in excess of

1  $300,000.00, exclusive of interest, costs and attorneys' fees, the exact amount of which
2  will be proven at the time of trial.

3      58.    The acts and omissions of United HealthCare as alleged herein were attended
4  by circumstances of malice, oppression and/or fraud, thereby justifying an award of
5  punitive or exemplary damages in an amount to be proven at trial.

6                          **THIRD CLAIM FOR RELIEF**

7                    **(Alternative Claim for Unjust Enrichment)**

8      59.    Providers incorporate herein by reference the allegations set forth in the
9  preceding paragraphs as if fully set forth herein.

10     60.    Providers rendered valuable emergency services to the Patients.

11     61.    United HealthCare received the benefit of having their healthcare obligations
12  to their plan members discharged and their members received the benefit of the emergency
13  care provided to them by Providers.

14     62.    As insurers or plan administrators, United HealthCare was reasonably
15  notified that emergency medicine service providers such as Providers would expect to be
16  paid by United HealthCare for the emergency services provided to Patients.

17     63.    United HealthCare accepted and retained the benefit of the services provided
18  by Providers at the request of the members of its Health Plans, knowing that Providers
19  expected to be paid a usual and customary fee based on locality, or alternatively for the
20  reasonable value of services provided, for the medically necessary, covered emergency
21  medicine services it performed for United HealthCare's Patients.

22     64.    United HealthCare has received a benefit from Providers' provision of
23  services to its Patients and the resulting discharge of their healthcare obligations owed to
24  their Patients.

25     65.    Under the circumstances set forth above, it is unjust and inequitable for
26  United HealthCare to retain the benefit it received without paying the value of that benefit;
27  i.e., by paying Providers at usual and customary rates, or alternatively for the reasonable
28  value of services provided, for the claims that are the subject of this action and for all

1    emergency medicine services that Providers will continue to provide to United
2    HealthCare's members.

3        66.    Providers seek compensatory damages in an amount which will continue to
4    accrue through the date of trial as a result of United Healthcare's continuing unjust
5    enrichment.

6        67.    As a result of United HealthCare's actions, Providers have been damaged in
7    an amount, exclusive of interest, costs and attorneys' fees, which will be proven at the time
8    of trial.

9        68.    Providers sue for the damages caused by United HealthCare's conduct and
10   are entitled to recover the difference between the amount United HealthCare paid for
11   emergency care Providers rendered to its members and the reasonable value of the service
12   that Providers rendered to United HealthCare by discharging their obligations to its plan
13   members.

14                          **FOURTH CLAIM FOR RELIEF**

15                          **(Violation of A.R.S. § 20-442)**

16       69.    Providers incorporate herein by reference the allegations set forth in the
17   preceding paragraphs as if fully set forth herein.

18       70.    Arizona law provides that "[n]o person shall engage in this state in any trade
19   practice which is prohibited by this article, or defined in this article as, or determined
20   pursuant to this article to be, an unfair method of competition or an unfair or deceptive act
21   or practice in the business of insurance." A.R.S. § 20-442.

22       71.    The acts and omissions detailed herein are violative of A.R.S. § 20-442.

23       72.    By way of example only, Arizona law prohibits an insurer from engaging in
24   unfair settlement practices. A.R.S. § 20-461. Prohibited unfair claim settlement practices
25   include: (1) "Not attempting in good faith to effectuate prompt, fair and equitable
26   settlements of claims in which liability has become reasonably clear." A.R.S. § 20-
27   461(A)(6); and (2) "Failing to promptly provide a reasonable explanation of the basis in
28

1  the insurance policy relative to the facts or applicable law for denial of a claim or for the
2  offer of a compromise settlement." A.R.S. § 20-461(A)(14).

3       73.    As detailed above, United HealthCare has failed to comply with A.R.S. §
4  20-461 by failing to pay Providers' medical professionals the usual and customary rate for
5  emergency care provided to United HealthCare's members. By failing to pay Providers'
6  medical professionals the usual and customary rate United HealthCare has violated
7  Arizona law and committed an unfair settlement practice.

8       74.    Providers are therefore entitled to recover the difference between the amount
9  United Healthcare paid for emergency care Providers rendered to their members and the
10  usual and customary rate, plus court costs and attorneys' fees.

11       75.    Providers are entitled to damages in an amount, exclusive of interest, costs
12  and attorneys' fees, that will be proven at the time of trial.

13       76.    United HealthCare has acted in bad faith regarding its obligation to pay the
14  usual and customary fee; therefore, Providers are entitled to recover punitive damages
15  against United HealthCare.

16                   **FIFTH CLAIM FOR RELIEF**

17              **(Violation of AZ Consumer Fraud Statute)**

18       77.    Providers incorporate herein by reference the allegations set forth in the
19  preceding paragraphs as if fully set forth herein.

20       78.    The Arizona Consumer Fraud Statute prohibits United HealthCare from
21  engaging in "any deception, deceptive or unfair act or practice, fraud, false pretense, false
22  promise, misrepresentation, or concealment, suppression or omission of any material fact
23  with intent that others rely on such concealment, suppression or omission, in connection
24  with the sale or advertisement of any merchandise whether or not any person has in fact
25  been misled, deceived or damaged thereby, is declared to be an unlawful practice." A.R.S.
26  § 44-1522.

27       79.    The Arizona Consumer Fraud Statute provides for a private right of action.

28

1        80.    United HealthCare has violated the AZ Consumer Fraud Statute through its

2 acts, practices, and omissions described above, including but not limited to (a) wrongfully

3 refusing to pay Providers for the medically necessary, covered emergency services

4 Providers provided to Members in order to gain unfair leverage against Providers now that

5 they are out-of-network and in contract negotiations to potentially become a participating

6 provider under a new contract in an effort to force the Providers to accept lower amounts

7 than it is entitled for its services; and (b) engaging in systematic efforts to delay

8 adjudication and payment of Providers' claims for their services provided to United

9 HealthCare's members in violation of United HealthCare's legal obligations

10        81.    As a result of United HealthCare's violations of the Consumer Fraud Statute,

11 the Providers are entitled to damages in an amount to be determined at trial.

12        82.    Due to the willful and knowing engagement in consumer fraud practices, the

13 Providers are entitled to recover damages, including statutory civil penalties permitted

14 under § 44-1522 or otherwise, and all profits derived from the knowing and willful

15 violation.

16 **SIXTH CLAIM FOR RELIEF**

17 **(Declaratory Judgment)**

18        83.    Providers incorporate herein by reference the allegations set forth in the

19 preceding paragraphs as if fully set forth herein.

20        84.    This is a claim for declaratory judgment and actual damages pursuant to

21 A.R.S. 12-1831 *et seq.*

22        85.    As explained above, pursuant to federal and Arizona law, United HealthCare

23 is required to cover and pay Providers for the medically necessary, covered emergency

24 medicine services Providers have provided and continues to provide to United HealthCare

25 members.

26        86.    Under Arizona law, United HealthCare is required to pay Providers the usual

27 and customary rate for that emergency care. Instead of reimbursing Providers at the usual

28 and customary rate or for the reasonable value of the professional medical services, United

1 HealthCare has reimbursed Providers at reduced rates with no relation to the usual and
2 customary rate.

3      87.    As alleged herein, Providers became out-of-network with the United
4 HealthCare. Since then, United HealthCare has demonstrated its refusal to timely settle
5 insurance claims submitted by Providers and has failed to pay the usual and customary rate
6 based on this locality in violation of United HealthCare's obligations under the Arizona
7 Insurance Code, the parties' implied-in-fact contract and pursuant to Arizona law of unjust
8 enrichment and quantum merit.

9      88.    An actual, justiciable controversy therefore exists between the parties
10 regarding the rate of payment for Providers' emergency care that is the usual and
11 customary rate that United HealthCare is obligated to pay.

12      89.    Pursuant to A.R.S. 12-1831 *et seq.*, Providers therefore request a declaration
13 establishing the usual and customary rates that Providers are entitled to receive for all
14 claims at up to and through trial, as well as a declaration that United HealthCare is required
15 to pay to Providers at a usual and customary rate for claims submitted thereafter.

16                          **PRAYER FOR RELIEF**

17      WHEREFORE, Providers pray for judgment as follows:

18      A.    For judgment in their favor on their complaint;

19      B.    For awards of actual, consequential, general, and special damages in an
20 amount which will be proven at trial;

21      C.    For an award of punitive damages, the exact amount of which will be proven
22 at trial;

23      D.    A Declaratory Judgment that United HealthCare's failure to pay Providers a
24 usual and customary fee or rate for this locality or alternatively, for the reasonable value
25 of their services violates Arizona law, breaches the parties' implied-in-fact contract, is a
26 tortious breach of the implied covenant of good faith and fair dealing, and violates Arizona
27 common law;

28

1    E.    An Order permanently enjoining United HealthCare from paying rates that

2 do not represent usual and customary fees or rates for this locality or alternatively, that do

3 not compensate Providers for the reasonable value of their services; and enjoining United

4 HealthCare from engaging in acts or omissions that are violative of Arizona law;

5    F.    Their costs and reasonable attorneys' fees pursuant to A.R.S. §§ 12-341 and

6 12-341.01;

7    G.    Pre-judgment and post-judgment interest at the highest rates permitted by

8 law; and

9    H.    Such other and further relief as the Court may deem just and proper.

10                              **JURY DEMAND**

11    Providers hereby demand trial by jury on all issues so triable.

12    DATED this 10th day of June 2019.

13

14                              By: _Douglas F. Behm_

15                              Douglas F. Behm
                                14362 N Frank Lloyd Wright Blvd, #1000
                                Scottsdale, AZ 85260
16                              Telephone: (480) 477-6700
                                dbehm@behmlaw.com

17
                                Pat Lundvall (NSBN 3761)
18                              Kristen T. Gallagher (NSBN 9561)
                                Amanda M. Perach (NSBN 12399)
19                              McDONALD CARANO LLP
                                2300 West Sahara Avenue, Suite 1200
20                              Las Vegas, Nevada 89102
                                Telephone: (702) 873-4100
21                              plundvall@mcdonaldcarano.com
                                kgallagher@mcdonaldcarano.com
22                              aperach@mcdonaldcarano.com
                                (*pro hac vice* to be submitted)

23
                                *Attorneys for Plaintiffs*
24

25

26

27

28

# EXHIBIT B

6·11·19

11:45 ᴀᴹ

1  DOUGLAS F. BEHM - 014727
   14362 N Frank Lloyd Wright Blvd, #1000
2  Scottsdale, AZ 85260
   Telephone: (480) 477-6700
3  dbehm@behmlaw.com

4  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
5  AMANDA M. PERACH (NSBN 12399)
   McDONALD CARANO LLP
6  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
7  Telephone: (702) 873-4100
   plundvall@mcdonaldcarano.com
8  kgallagher@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
9  (*pro hac vice* to be submitted)
   *Attorneys for Plaintiffs*

10

11          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

            **IN AND FOR THE COUNTY OF MARICOPA**
12

| | |
|---|---|
| 13  EMERGENCY GROUP OF ARIZONA PROFESSIONAL CORP, an Arizona professional corporation; EMERGENCY 14  PHYSICIANS SOUTHWEST, P.C., an Arizona professional corporation; 15  QUANTUM HEALTHCARE MEDICAL ASSOCIATES OF ARIZONA, P.C., an 16  Arizona professional corporation; CHASE DENNIS EMERGENCY MEDICAL 17  GROUP, INC., a California corporation, | No.  CV2019-004510 |

18                    Plaintiffs,

19  vs.

20  UNITED HEALTHCARE, INC., a
    Delaware corporation;
21  UNITEDHEALTHCARE OF ARIZONA,
    INC., an Arizona corporation; UNITED
22  HEALTH CARE SERVICES INC., a
    Minnesota corporation; UMR, INC., a
23  Delaware corporation; UNITED
    HEALTHCARE SOLUTIONS, LLC, an
24  Arizona limited liability company;
    UNITEDHEALTHCARE INTEGRATED
25  SERVICES, INC., an Arizona
    corporation; UNITEDHEALTHCARE
26  SPECIALTY BENEFITS, LLC, a Maine
    limited liability company; JOHN DOES 1-
27  10; ROE ENTITIES 11-20,

28                    Defendants.

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**FROM THE STATE OF ARIZONA TO:**

**UNITEDHEALTHCARE OF ARIZONA, INC.**
c/o CT Corporation System
**3800 N. Central Ave., Suite 460**
**Phoenix, Arizona 85012**

1.  A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment by default or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her/its Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; *OR*

    • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; *OR*

    • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; *OR*

    • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

1

4.      You can get a copy of the court papers filed in this case from the Petitioner at
2        the address listed at the top of the preceding page, from the Clerk of the
         Superior Court's Customer Service Center at:
3

4        • **601 West Jackson, Phoenix, Arizona 85003**
         • **18380 North 40th Street, Phoenix, Arizona 85032**
5        • **222 East Javelina Avenue, Mesa, Arizona 85210**
         • **14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**
6

7   5.   Requests for reasonable accommodation for persons with disabilities must be
         made to the division assigned to the case by parties at least three (3) judicial
8        days in advance of a scheduled court proceeding.

9   6.   Requests for an interpreter for persons with limited English proficiency must
10       be made to the office of the judge or commissioner assigned to the case at least
         ten (10) judicial days in advance of your scheduled court date.
11

12

13  SIGNED AND SEALED this date            _____

14                                          **MICHAEL JEANES, CLERK OF COURT**

15                                          By:_____
                                                 **Deputy Clerk**
16

17                                                                   JUN 1 0 2019

18                                                          CLERK OF THE SUPERIOR COURT
                                                                      J. FOLTS
19                                                               DEPUTY CLERK

20

21

22

23

24

25

26

27

28



1   DOUGLAS F. BEHM - 014727
    14362 N Frank Lloyd Wright Blvd, #1000
2   Scottsdale, AZ 85260
    Telephone: (480) 477-6700
3   dbehm@behmlaw.com

4   PAT LUNDVALL (NSBN 3761)
    KRISTEN T. GALLAGHER (NSBN 9561)
5   AMANDA M. PERACH (NSBN 12399)
    McDONALD CARANO LLP
6   2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
7   Telephone: (702) 873-4100
    plundvall@mcdonaldcarano.com
8   kgallagher@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
9   (*pro hac vice* to be submitted)
    *Attorneys for Plaintiffs*

10

                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11

                    IN AND FOR THE COUNTY OF MARICOPA

12
    EMERGENCY GROUP OF ARIZONA          No.    CV2019-004510
13  PROFESSIONAL CORP, an Arizona
    professional corporation; EMERGENCY
14  PHYSICIANS SOUTHWEST, P.C., an
    Arizona professional corporation;
15  QUANTUM HEALTHCARE MEDICAL          **SUMMONS**
    ASSOCIATES OF ARIZONA, P.C., an
16  Arizona professional corporation; CHASE
    DENNIS EMERGENCY MEDICAL
17  GROUP, INC., a California corporation,

18                      Plaintiffs,

19  vs.

20  UNITED HEALTHCARE, INC., a
    Delaware corporation;
21  UNITEDHEALTHCARE OF ARIZONA,
    INC., an Arizona corporation; UNITED
22  HEALTH CARE SERVICES INC., a
    Minnesota corporation; UMR, INC., a
23  Delaware corporation; UNITED
    HEALTHCARE SOLUTIONS, LLC, an
24  Arizona limited liability company;
    UNITEDHEALTHCARE INTEGRATED
25  SERVICES, INC., an Arizona
    corporation; UNITEDHEALTHCARE
26  SPECIALTY BENEFITS, LLC, a Maine
    limited liability company; JOHN DOES 1-
27  10; ROE ENTITIES 11-20,

28                      Defendants.

**If you would like legal advice from a lawyer,**
**Contact the Lawyer Referral Service at**
**602-257-4434**
**or**
**www.maricopalawyers.org**
**Sponsored by the**
**Maricopa County Bar Association**

**FROM THE STATE OF ARIZONA TO:**

**UNITED HEALTH CARE SERVICES INC.**
c/o CT Corporation System
3800 N. Central Ave., Suite 460
Phoenix, Arizona 85012

1.     A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.     If you do not want a judgment by default or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her/its Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.     If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4.      You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.      Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

6.      Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date _____

MICHAEL JEANES, CLERK OF COURT

By: _____

Deputy Clerk

COPY

JUN 1 0 2019

CLERK OF THE SUPERIOR COURT
J. FOLTS
DEPUTY CLERK

Page 3 of 3

6-11-19
11:45 Am

1    DOUGLAS F. BEHM - 014727
     14362 N Frank Lloyd Wright Blvd, #1000
2    Scottsdale, AZ 85260
     Telephone: (480) 477-6700
3    dbehm@behmlaw.com

4    PAT LUNDVALL (NSBN 3761)
     KRISTEN T. GALLAGHER (NSBN 9561)
5    AMANDA M. PERACH (NSBN 12399)
     McDONALD CARANO LLP
6    2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
7    Telephone: (702) 873-4100
     plundvall@mcdonaldcarano.com
8    kgallagher@mcdonaldcarano.com
     aperach@mcdonaldcarano.com
9    (*pro hac vice* to be submitted)
     *Attorneys for Plaintiffs*

10

11              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

                   IN AND FOR THE COUNTY OF MARICOPA
12
     EMERGENCY GROUP OF ARIZONA          No.   CV2019-004510
13   PROFESSIONAL CORP, an Arizona
     professional corporation; EMERGENCY
14   PHYSICIANS SOUTHWEST, P.C., an
     Arizona professional corporation;
15   QUANTUM HEALTHCARE MEDICAL           **SUMMONS**
     ASSOCIATES OF ARIZONA, P.C., an
16   Arizona professional corporation; CHASE
     DENNIS EMERGENCY MEDICAL
17   GROUP, INC., a California corporation,

18                      Plaintiffs,            If you would like legal advice from a lawyer,
                                               Contact the Lawyer Referral Service at
19   vs.                                                    602-257-4434
                                                                or
20   UNITED HEALTHCARE, INC., a              www.maricopalawyers.org
     Delaware corporation;                       Sponsored by the
21   UNITEDHEALTHCARE OF ARIZONA,         Maricopa County Bar Association
     INC., an Arizona corporation; UNITED
22   HEALTH CARE SERVICES INC., a
     Minnesota corporation; UMR, INC., a
23   Delaware corporation; UNITED
     HEALTHCARE SOLUTIONS, LLC, an
24   Arizona limited liability company;
     UNITEDHEALTHCARE INTEGRATED
25   SERVICES, INC., an Arizona
     corporation; UNITEDHEALTHCARE
26   SPECIALTY BENEFITS, LLC, a Maine
     limited liability company; JOHN DOES 1-
27   10; ROE ENTITIES 11-20,

28                      Defendants.

**FROM THE STATE OF ARIZONA TO:**

<u>**UMR, INC.**</u>
c/o CT Corporation System
3800 N. Central Ave., Suite 460
Phoenix, Arizona 85012

1.   A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment by default or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her/its Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

  • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; *OR*

  • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; *OR*

  • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; *OR*

  • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.   If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- **601 West Jackson, Phoenix, Arizona 85003**
- **18380 North 40th Street, Phoenix, Arizona 85032**
- **222 East Javelina Avenue, Mesa, Arizona 85210**
- **14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

5.   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date   _____

**MICHAEL JEANES, CLERK OF COURT**

By: _____

~~COPY~~

Deputy Clerk

JUN 1 0 2019

CLERK OF THE SUPERIOR COURT
J. FOLTS
DEPUTY CLERK

6·11·19
11:45 pm

1   DOUGLAS F. BEHM - 014727
    14362 N Frank Lloyd Wright Blvd, #1000
2   Scottsdale, AZ 85260
    Telephone: (480) 477-6700
3   dbehm@behmlaw.com

4   PAT LUNDVALL (NSBN 3761)
    KRISTEN T. GALLAGHER (NSBN 9561)
5   AMANDA M. PERACH (NSBN 12399)
    McDONALD CARANO LLP
6   2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
7   Telephone: (702) 873-4100
    plundvall@mcdonaldcarano.com
8   kgallagher@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
9   (*pro hac vice* to be submitted)
    *Attorneys for Plaintiffs*

10

11              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

12                 **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| EMERGENCY GROUP OF ARIZONA PROFESSIONAL CORP, an Arizona professional corporation; EMERGENCY PHYSICIANS SOUTHWEST, P.C., an Arizona professional corporation; QUANTUM HEALTHCARE MEDICAL ASSOCIATES OF ARIZONA, P.C., an Arizona professional corporation; CHASE DENNIS EMERGENCY MEDICAL GROUP, INC., a California corporation, | No. **CV2019-004510** |
| Plaintiffs, | **SUMMONS** |
| vs. | |
| UNITED HEALTHCARE, INC., a Delaware corporation; UNITEDHEALTHCARE OF ARIZONA, INC., an Arizona corporation; UNITED HEALTH CARE SERVICES INC., a Minnesota corporation; UMR, INC., a Delaware corporation; UNITED HEALTHCARE SOLUTIONS, LLC, an Arizona limited liability company; UNITEDHEALTHCARE INTEGRATED SERVICES, INC., an Arizona corporation; UNITEDHEALTHCARE SPECIALTY BENEFITS, LLC, a Maine limited liability company; JOHN DOES 1-10; ROE ENTITIES 11-20, | If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |
| Defendants. | |

**FROM THE STATE OF ARIZONA TO:**

**UNITEDHEALTHCARE INTEGRATED SERVICES, INC.**
c/o CT Corporation System
3800 N. Central Ave., Suite 460
Phoenix, Arizona 85012

1.   A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment by default or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her/its Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.   If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.   Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date

_____
MICHAEL JEANES, CLERK OF COURT

By: _____
     Deputy Clerk



JUN 1 0 2019

CLERK OF THE SUPERIOR COURT
J. FOLTS
DEPUTY CLERK

*6·11·19*
*11:45 am*

1  DOUGLAS F. BEHM - 014727
   14362 N Frank Lloyd Wright Blvd, #1000
2  Scottsdale, AZ 85260
   Telephone: (480) 477-6700
3  dbehm@behmlaw.com

4  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
5  AMANDA M. PERACH (NSBN 12399)
   McDONALD CARANO LLP
6  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
7  Telephone: (702) 873-4100
   plundvall@mcdonaldcarano.com
8  kgallagher@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
9  (*pro hac vice* to be submitted)
   *Attorneys for Plaintiffs*

10

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11

## IN AND FOR THE COUNTY OF MARICOPA

12

| | |
|---|---|
| EMERGENCY GROUP OF ARIZONA PROFESSIONAL CORP, an Arizona professional corporation; EMERGENCY PHYSICIANS SOUTHWEST, P.C., an Arizona professional corporation; QUANTUM HEALTHCARE MEDICAL ASSOCIATES OF ARIZONA, P.C., an Arizona professional corporation; CHASE DENNIS EMERGENCY MEDICAL GROUP, INC., a California corporation, | No.  CV2019-004510 |

13
14
15
16
17

18                    Plaintiffs,

19  vs.

20  UNITED HEALTHCARE, INC., a
    Delaware corporation;
21  UNITEDHEALTHCARE OF ARIZONA,
    INC., an Arizona corporation; UNITED
22  HEALTH CARE SERVICES INC., a
    Minnesota corporation; UMR, INC., a
23  Delaware corporation; UNITED
    HEALTHCARE SOLUTIONS, LLC, an
24  Arizona limited liability company;
    UNITEDHEALTHCARE INTEGRATED
25  SERVICES, INC., an Arizona
    corporation; UNITEDHEALTHCARE
26  SPECIALTY BENEFITS, LLC, a Maine
    limited liability company; JOHN DOES 1-
27  10; ROE ENTITIES 11-20,

28                    Defendants.

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**FROM THE STATE OF ARIZONA TO:**

**UNITEDHEALTHCARE SPECIALTY BENEFITS, LLC**
c/o CT Corporation System
3800 N. Central Ave., Suite 460
Phoenix, Arizona 85012

1.    A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment by default or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee.  If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her/its Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

- Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; *OR*

- Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; *OR*

- Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; *OR*

- Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at

the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- **601 West Jackson, Phoenix, Arizona 85003**
- **18380 North 40th Street, Phoenix, Arizona 85032**
- **222 East Javelina Avenue, Mesa, Arizona 85210**
- **14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

5.   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date   _____

**MICHAEL JEANES, CLERK OF COURT**

By:_____   COPY

**Deputy Clerk**

JUN 1 0 2019



CLERK OF THE SUPERIOR COURT
J. POLTS
DEPUTY CLERK

# EXHIBIT C

1  DOUGLAS F. BEHM - 014727
   14362 N Frank Lloyd Wright Blvd, #1000
2  Scottsdale, AZ 85260
   Telephone: (480) 477-6700
3  dbehm@behmlaw.com

4  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
5  AMANDA M. PERACH (NSBN 12399)
   McDONALD CARANO LLP
6  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
7  Telephone: (702) 873-4100
   plundvall@mcdonaldcarano.com
8  kgallagher@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
9  (*pro hac vice* to be submitted)
   *Attorneys for Plaintiffs*

10

COPY

JUN 1 0 2019

CLERK OF THE SUPERIOR COURT
J. FOLTS
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11

## IN AND FOR THE COUNTY OF MARICOPA

12

13  EMERGENCY GROUP OF ARIZONA
    PROFESSIONAL CORP, an Arizona
    professional corporation; EMERGENCY
14  PHYSICIANS SOUTHWEST, P.C., an
    Arizona professional corporation;
15  QUANTUM HEALTHCARE MEDICAL
    ASSOCIATES OF ARIZONA, P.C., an
16  Arizona professional corporation; CHASE
    DENNIS EMERGENCY MEDICAL
17  GROUP, INC., a California corporation,

No.    CV2019-004510

**CERTIFICATE ON COMPULSORY
ARBITRATION**

18                  Plaintiffs,

19  vs.

20  UNITED HEALTHCARE, INC., a
    Delaware corporation;
21  UNITEDHEALTHCARE OF ARIZONA,
    INC., an Arizona corporation; UNITED
22  HEALTH CARE SERVICES INC., a
    Minnesota corporation; UMR, INC., a
23  Delaware corporation; UNITED
    HEALTHCARE SOLUTIONS, LLC, an
24  Arizona limited liability company;
    UNITEDHEALTHCARE INTEGRATED
25  SERVICES, INC., an Arizona
    corporation; UNITEDHEALTHCARE
26  SPECIALTY BENEFITS, LLC, a Maine
    limited liability company; JOHN DOES 1-
27  10; ROE ENTITIES 11-20,

28                  Defendants.

1    The undersigned certifies that he knows the dollar limits and any other limitations

2   set forth by the local rules of practice for the applicable superior court, and further certifies

3   that this case is not subject to compulsory arbitration, as provided by Rules 72 through 77

4   of the Arizona Rules of Civil Procedure.

5    DATED this 10th day of June 2019.

6                                   By: _____

7                                       Douglas F. Behm
                                        14362 N Frank Lloyd Wright Blvd, #1000
8                                       Scottsdale, AZ 85260
                                        Telephone: (480) 477-6700
9                                       dbehm@behmlaw.com

10                                      Pat Lundvall (NSBN 3761)
                                        Kristen T. Gallagher (NSBN 9561)
11                                      Amanda M. Perach (NSBN 12399)
                                        McDONALD CARANO LLP
12                                      2300 West Sahara Avenue, Suite 1200
                                        Las Vegas, Nevada 89102
13                                      Telephone: (702) 873-4100
                                        plundvall@mcdonaldcarano.com
14                                      kgallagher@mcdonaldcarano.com
                                        aperach@mcdonaldcarano.com
15
                                        *Attorneys for Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

**19 JUN 17 AM 10: 35**

FILED
BY C. O'NEILL, DEP

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Emergency Group of Arizona Professional Corp., an Arizona
professional corporation; Emergency Physicians Southwest, P.C., an
Arizona professional corporation; Quantum Healthcare Medical
Associates of Arizona, P.C., an Arizona professional corporation; Chase
Dennis Emergency Medical Group, Inc., a California corporation
v.
United Healthcare, Inc., a Delaware corporation; Unitedhealthcare of
Arizona, Inc., a Arizona corporation; United Health Care Services Inc.,
a Minnesota corporation; UMR, Inc., a Delaware corporation; United
Healthcare solutions, LLC, an Arizona limited liability company;
Unitedhealthcare Integrated Services, Inc., an Arizona corporation;
Unitedhealthcare Specialty benefits, LLC, a Maine limited liability
company; John Does 1-10; Roe Entities 11-20

**CASE NO.**
CV2019-004510

**AFFIDAVIT OF
SERVICE OF
PROCESS**

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process
in this case, having been so appointed by the Court that I have received and served the following
documents in the manner set forth below.

On June 10th 2019 I received from Douglas F. Behm a Summons; Complaint; Certificate
on Compulsory Arbitration to be served upon Unitedhealthcare of Arizona, Inc. c/o CT
Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

On June 11th 2019 at 11:45 am, I personally hand-delivered said documents to Scott
Whaley (Clerk) a person authorized to accept service on behalf of Unitedhealthcare of Arizona
Inc. at CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of June, 2019

_____
Affiant: John Root – Central Courier
Certified: Maricopa County

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

**19 JUN 17  AM 10: 36**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

FILED
BY C. O'NEILL, DEP

| | |
|---|---|
| Emergency Group of Arizona Professional Corp., an Arizona professional corporation; Emergency Physicians Southwest, P.C., an Arizona professional corporation; Quantum Healthcare Medical Associates of Arizona, P.C., an Arizona professional corporation; Chase Dennis Emergency Medical Group, Inc., a California corporation v. United Healthcare, Inc., a Delaware corporation; Unitedhealthcare of Arizona, Inc., a Arizona corporation; United Health Care Services Inc., a Minnesota corporation; UMR, Inc., a Delaware corporation; United Healthcare solutions, LLC, an Arizona limited liability company; Unitedhealthcare Integrated Services, Inc., an Arizona corporation; Unitedhealthcare Specialty benefits, LLC, a Maine limited liability company; John Does 1-10; Roe Entities 11-20 | **CASE NO.** CV2019-004510 <br><br> **AFFIDAVIT OF SERVICE OF PROCESS** |

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

On June 10th 2019 I received from Douglas F. Behm a Summons; Complaint; Certificate on Compulsory Arbitration to be served upon United Healthcare Services, Inc. c/o CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

On June 11th 2019 at 11:45 am, I personally hand-delivered said documents to Scott Whaley (Clerk) a person authorized to accept service on behalf of United Healthcare Services Inc. at CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of June, 2019

Affiant: John Root – Central Courier
Certified: Maricopa County

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

19 JUN 17 AM 10: 37

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

FILED
BY C. O'NEILL, DEP

|  |  |
|---|---|
| Emergency Group of Arizona Professional Corp., an Arizona professional corporation; Emergency Physicians Southwest, P.C., an Arizona professional corporation; Quantum Healthcare Medical Associates of Arizona, P.C., an Arizona professional corporation; Chase Dennis Emergency Medical Group, Inc., a California corporation <br> v. <br> United Healthcare, Inc., a Delaware corporation; Unitedhealthcare of Arizona, Inc., an Arizona corporation; United Health Care Services Inc., a Minnesota corporation; UMR, Inc., a Delaware corporation; United Healthcare solutions, LLC, an Arizona limited liability company; Unitedhealthcare Integrated Services, Inc., an Arizona corporation; Unitedhealthcare Specialty benefits, LLC, a Maine limited liability company; John Does 1-10; Roe Entities 11-20 | **CASE NO.** <br> CV2019-004510 <br><br> **AFFIDAVIT OF SERVICE OF PROCESS** |

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

On June 10ᵗʰ 2019 I received from Douglas F. Behm a Summons; Complaint; Certificate on Compulsory Arbitration to be served upon UMR Inc. c/o CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

On June 11ᵗʰ 2019 at 11:45 am, I personally hand-delivered said documents to Scott Whaley (Clerk) a person authorized to accept service on behalf of UMR Inc. at CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15ᵗʰ day of June, 2019

Affiant: John Root – Central Courier
Certified: Maricopa County



CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

19 JUN 17 AM 10: 37

FILED
BY C. O'NEILL, DEP

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Emergency Group of Arizona Professional Corp., an Arizona professional corporation; Emergency Physicians Southwest, P.C., an Arizona professional corporation; Quantum Healthcare Medical Associates of Arizona, P.C., an Arizona professional corporation; Chase Dennis Emergency Medical Group, Inc., a California corporation <br> v. <br> United Healthcare, Inc., a Delaware corporation; Unitedhealthcare of Arizona, Inc., a Arizona corporation; United Health Care Services Inc., a Minnesota corporation; UMR, Inc., a Delaware corporation; United Healthcare solutions, LLC, an Arizona limited liability company; Unitedhealthcare Integrated Services, Inc., an Arizona corporation; Unitedhealthcare Specialty benefits, LLC, a Maine limited liability company; John Does 1-10; Roe Entities 11-20 | **CASE NO.** <br> CV2019-004510 <br><br> **AFFIDAVIT OF SERVICE OF PROCESS** |

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

On June 10th 2019 I received from Douglas F. Behm a Summons; Complaint; Certificate on Compulsory Arbitration to be served upon Unitedhealthcare Integrated Services, Inc. c/o CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

On June 11th 2019 at 11:45 am, I personally hand-delivered said documents to Scott Whaley (Clerk) a person authorized to accept service on behalf of Unitedhealthcare Integrated Services, Inc. at CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of June, 2019

Affiant: John Root – Central Courier
Certified: Maricopa County

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

**19 JUN 17 AM 10: 38**

FILED
BY C. O'NEILL, DEP

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Emergency Group of Arizona Professional Corp., an Arizona professional corporation; Emergency Physicians Southwest, P.C., an Arizona professional corporation; Quantum Healthcare Medical Associates of Arizona, P.C., an Arizona professional corporation; Chase Dennis Emergency Medical Group, Inc., a California corporation<br>v.<br>United Healthcare, Inc., a Delaware corporation; Unitedhealthcare of Arizona, Inc., an Arizona corporation; United Health Care Services Inc., a Minnesota corporation; UMR, Inc., a Delaware corporation; United Healthcare solutions, LLC, an Arizona limited liability company; Unitedhealthcare Integrated Services, Inc., an Arizona corporation; Unitedhealthcare Specialty benefits, LLC, a Maine limited liability company; John Does 1-10; Roe Entities 11-20 | **CASE NO.**<br>CV2019-004510<br><br><br>**AFFIDAVIT OF<br>SERVICE OF<br>PROCESS** |

I, THE Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court that I have received and served the following documents in the manner set forth below.

On June 10th 2019 I received from Douglas F. Behm a Summons; Complaint; Certificate on Compulsory Arbitration to be served upon Unitedhealthcare Specialty Benefits, LLC c/o CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

On June 11th 2019 at 11:45 am, I personally hand-delivered said documents to Scott Whaley (Clerk) a person authorized to accept service on behalf of Unitedhealthcare Specialty Benefits, LLC at CT Corporation System at 3800 N. Central Ave. #460, Phoenix, AZ 85012.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of June, 2019

_____
Affiant: John Root – Central Courier
Certified: Maricopa County