UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Emergency Group of Arizona Professional Corp ; Emergency Physicians Southwest, P.C. ; Quantum Healthcare Medical Associates of Arizona, P.C. ; Chase Dennis Emergency Medical Group, Inc.

**Defendant(s):** UnitedHealthcare, Inc. ; UnitedHealthcare of Arizona, Inc. ; United HealthCare Services Inc. ; UMR, Inc. ; UnitedHealthcare Integrated Services, Inc. ; UnitedHealthcare Specialty Benefits, LLC ; United Healthcare Solutions, LLC

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Douglas F. Behm**
14362 North Frank Lloyd Wright Blvd., #1000
Scottsdale, Arizona  85260
480-477-6700

Defendant's Atty(s):

**John C. West**
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona  85004
602.262.5311

**Pat Lundvall**
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada  89102
702.873.4100

**Nicole G. True**
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona  85004
602.262.5311

**Kristen T. Gallagher**
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada  89102
702.873.4100

**Amanda M. Perach**
McDonald Carano LLP

**2300 West Sahara Avenue, Suite 1200**
**Las Vegas, Nevada  89102**
**702.873.4100**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2019-004510**

---

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **791 E.R.I.S.A**

VI. Cause of Action:    **29 U.S.C. § 1132 - Recovery of ERISA benefits**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** s/John C. West

   **Date:** 07/10/2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014