# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary

**1. Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Emergency Group of Arizona Professional Corp<br><br>Emergency Physicians Southwest, P.C.<br><br>Quantum Healthcare Medical Associates of Arizona, P.C.<br><br>Chase Dennis Emergency Medical Group, Inc. | Plaintiffs | Douglas F. Behm – 014727<br>14362 North Frank Lloyd Wright Blvd., #1000<br>Scottsdale, AZ  85260<br>480.477.6700<br><br>Pat Lundvall – 3761 (Nevada)<br>Kristen T. Gallagher – 9561 (Nevada)<br>Amanda M. Perach – 12399 (Nevada)<br>MCDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV  89102<br>702.873.4100 |
| UnitedHealthcare, Inc.<br><br>UnitedHealthcare of Arizona, Inc.<br><br>United HealthCare Services Inc.<br><br>UMR, Inc.<br><br>UnitedHealthcare Integrated Services, Inc.<br><br>UnitedHealthcare Specialty Benefits, LLC | Defendants | John C. West – 007233<br>Nicole G. True – 032576<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 East Washington Street, Suite 1200<br>Phoenix, Arizona  85004<br>602.262.5311 |

106062656_1

| Party | Party Type | Attorney(s) |
|---|---|---|
| United Healthcare Solutions, LLC | Defendant | Unknown |

2. **Jury Demand**:

    Was a Jury Demand made in another jurisdiction?   __X__ Yes   _____ No

    If "Yes," by which party and on what date?

    __Plaintiffs__                                                       __June 10, 2019__

3. **Answer**:

    Was an Answer made in another jurisdiction?   _____ Yes   __X__ No

    If "Yes," by which party and on what date?

4. **Served Parties**:

    The following parties have been served at the time this case was removed:

    | Party | Date Served | Method of Service |
    |---|---|---|
    | UnitedHealthcare, Inc. | June 11, 2019 | Process Server |
    | UnitedHealthcare of Arizona, Inc. | June 11, 2019 | Process Server |
    | United HealthCare Services, Inc. | June 11, 2019 | Process Server |
    | UMR, Inc. | June 11, 2019 | Process Server |
    | UnitedHealthcare Integrated Services, Inc. | June 11, 2019 | Process Server |
    | UnitedHealthcare Specialty Benefits, LLC | June 11, 2019 | Process Server |

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason Not Served |
    |---|---|
    | United Healthcare Solutions, LLC | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |---|---|
   | None | |

7. **Claims of the Parties**:

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiffs | The Complaint alleges that Defendants have underpaid Plaintiffs for emergency services provided to members of Defendants' health plans. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**