DOUGLAS F. BEHM - 014727
14362 N Frank Lloyd Wright Blvd, #1000
Scottsdale, AZ 85260
Telephone: (480) 477-6700
dbehm@behmlaw.com

PAT LUNDVALL (admitted *pro hac vice*)
KRISTEN T. GALLAGHER (admitted *pro hac vice*)
AMANDA M. PERACH (admitted *pro hac vice*)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Emergency Group of Arizona Professional Corp, an Arizona Professional Corporation; Emergency Physicians Southwest, P.C., an Arizona Professional Corporation; Chase Dennis Emergency Medical Group, Inc., a California Corporation, | Case No.: 2:19-cv-04687-PHX-JJT |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF FILING FIRST AMENDED COMPLAINT** |
| UnitedHealth Group, Inc., a Delaware corporation, United Healthcare, Inc., a Delaware Corporation; UnitedHealthcare of Arizona, Inc., an Arizona Corporation; United Health Care Services Inc., a Minnesota Corporation; UMR, Inc., a Delaware Corporation; UnitedHealthcare Integrated Services, Inc., an Arizona Corporation; UnitedHealthcare Specialty Benefits, LLC, a Maine Limited Liability Company; John Does 1-10; Roe Entities 11-20, | |
| Defendants. | |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to LRCiv 15.1(b) and this Court's Order dated August 13, 2019 (ECF No. 21), Plaintiffs Emergency Group of Arizona Professional Corp; Emergency Physicians Southwest, P.C.; and Chase Dennis Emergency Medical Group, Inc. hereby submit their First Amended Complaint in redline, attached hereto as **Exhibit 1,** indicating what differs from the initial Complaint by striking through the text that was deleted and underlining the text that was added.

DATED this 13th day of August, 2019.

McDONALD CARANO LLP

By: /s/ *Amanda M. Perach*
Pat Lundvall (admitted *pro hac vice*)
Kristen T. Gallagher (admitted *pro hac vice*)
Amanda M. Perach (admitted *pro hac vice*)

Douglas F. Behm - 014727

*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on this 13th day of August 2019, I caused a true and correct copy of the foregoing **NOTICE OF FILING FIRST AMENDED COMPLAINT** to be served via the U.S. District Court's CM/ECF filing system and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John C. West, Esq.
Nicole G. True, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street
Suite 1200
Phoenix, AZ  85004
JWest@lrrc.com
NTrue@lrrc.com

*Attorneys for Defendants UnitedHealthcare, Inc.,*
*UnitedHealthcare Services Inc., UMR, Inc.,*
*Unitedhealthcare Integrated Services, Inc., and*
*Unitedhealthcare Specialty Benefits, LLC*

/s/   *Kimberly Kirn*
An employee of McDonald Carano LLP

4828-3018-3326, v. 2

McDONALD <span style="display:inline-block">&#9874;</span> CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966